# EXHIBIT C

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| A method of buying and selling an item relating to unique subjects, comprising the steps of: | *(Abstract, Lines 1-6)* "Methods and apparatus are described which provide secure interactive communication of text and image information between a central server computer and one or more client computers located at remote sites for the purpose of storing and retrieving files describing unique products, services or individuals."<br><br>"For the purposes of this disclosure, it should be understood that the term "item" is intended to refer to any product (new or used), service, or person to be listed within the databases of this invention, and for which or whom information is available for searching based on a plurality of predetermined characteristics. Broadly, the system may be used in conjunction with marketing activities such as advertising the availability for the sale of automobiles, trucks, heavy equipment, vehicle parts, or real estate […] wherein text and image information files are stored in and retrieved from a relational database and an image database respectively, and wherein a client computer site may convey bidding or other information related to such products to a central server computer. In creating a database for such items, it is first necessary to determine the various characteristics by which the individual items will be searched or sorted. For products, this could include characteristics such as color, size, or style[.]" 3:29-47. | DINC's website allows its consumers to buy its products and the website states "Ecommerce Software by Volusion."). "Volusion is a fully hosted, <u>all-in-one shopping cart software</u> that's designed to help you build, manage and grow a successful online business.") | Quote found on Volusion's Google Search advertisement https://www.google.com/webhp?sourceid=chromeinstant&ion=1&espv=2&ie=UTF8#q=Volusion<br><br>https://www.volusion.com/assets/documents/mediacenter/Ecommerce-Features-by-Volusion_1.pdf<br><br>www.deciron.com |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| a. providing at least one uniquely identifiable remote data terminal, for communicating with a central computer managing a relational database for a transaction between a buyer and a seller; | *(Abstract, Lines 1-6)* "Methods and apparatus are described which provide secure interactive communication of text and image information between a central server computer and one or more client computers located at remote sites for the purpose of storing and retrieving files describing unique products, services or individuals." | DINC provides a remote data terminal (e.g. a web browser running on a PC or other computing device), which it uses to communicate with a central computer processing center (e.g. a server) that manages the relational database for a transaction between DINC and its online customers. | See Volusion Log-In page: https://www.volusion.com/free-trial |
| b. entering the following at the at least one data terminals: | Preamble to claim elements following | DINC's website administrator enters the following at the at least one data terminals. | See: https://support.volusion.com/hc/en-us/articles/209398298-Products |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| textual information descriptive of a subject in a structured fashion, including modifiable and non-modifiable data fields, and image information representative of the subject; | *(3:29 – 54)* "For the purposes of this disclosure, it should be understood that the term "item" is intended to refer to any product (new or used), service, or person to be listed within the databases of this invention, and for which or whom information is available for searching based on a plurality of predetermined characteristics. Broadly, the system may be used in conjunction with marketing activities such as advertising the availability for the sale of automobiles, trucks, heavy equipment, vehicle parts, or real estate, or even regarding characteristics of individuals (though not limited thereto), wherein text and image information files are stored in and retrieved from a relational database and an image database respectively, and wherein a client computer site may convey bidding or other information related to such products to a central server computer. In creating a database for such items, it is first necessary to determine the various characteristics by which the individual items will be searched or sorted. For products, this could include characteristics such as color, size, or style; for real estate, this could include location of the property or price range; for people, the traits might include professional or career activities, medical or legal specialties, age, or even physical attributes. When these factors have been identified, a relational database may be created, by which the various items or people may be sorted in accordance with one or more of the predetermined characteristics." | DINC's administrator inputs textual information to describe a product by filling in modifiable and non-modifiable data fields and image information (e.g. textual information and images related to a product to be listed for sale on DINC's website).<br><br>(e.g. "How to Create a Product<br>To create a product, you only need four pieces of information – Name, Code, Price, and Weight. To get started:<br>Go to Inventory > Products.<br>Click Add.<br>Enter the Name, Code, Price, and Weight of the product.<br>Click Save […] You can enhance your product pages by adding images, videos, descriptions, and more.") | See sample client page for adding information, at: http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?Table=Products_Joined&ID=&SafeMode=ADD<br><br>See also https://support.volusion.com/hc/en-us/articles/209398298-Products<br><br>Many of the materials cited in this Preliminary Claim Chart may be found in the materials comprising Composite Exhibit "B" to the First Amended Complaint. |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| c. data-compressing the image data into a first image format; | *(1:59 – 64)* "The present invention provides a method of storing and retrieving information relating to unique products, services and/or individuals. The invention utilizes a client/server architecture applied to a central relational database, using advanced image data compression to provide realistic image rendition and rapid communication response time." | DINC data-compresses the image data into a first image format (e.g. Per instructions for adding images: "*Images can be jpg or gif up to 10MB*." (Both of which are data-compressed formats)). | Quote found at: http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?Table=Products_Joined&ID=&SafeMode=ADD |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| d. separately transferring the textual and image data in the first format to the central computer by batch upload, the following steps being performed at the location of the central computer; | *(Abstract: 6 – 11)* "Textual information and image data from one or more of the remote sites are stored separately at the location of the central server, with the image data being in a compressed form, and with the textual information being included in a relational database with identifiers associated with any related image data." | DINC separately inputs and transfers the textual and image data in the first format to the central computer by batch upload.<br><br>(e.g. "How to Create a Product<br>To create a product, you only need four pieces of information – Name, Code, Price, and Weight. To get started: Go to Inventory > Products. Click Add.<br>Enter the Name, Code, Price, and Weight of the product.<br><u>Click Save</u> […] You can enhance your product pages by adding images, videos, descriptions, and more.")<br><br>The following steps are performed at the server under DINC's direction or control via the Volusion administrator portal that DINC accesses via a web browser. Further, to the extent Volusion performs any of the steps herein, including those performed at the central computer or server, it does so under DINC's direction or control because DINC has contracted with Volusion to perform such steps pursuant to a service agreement, and DINC conditions payment to Volusion upon Volusion's performance of such steps: | See sample page for adding information, at: http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?Table=Products_Joined&ID=&SafeMode=ADD<br><br>Quote from https://support.volusion.com/hc/en-us/articles/209398298-Products<br><br>*See* Volusion Terms of Service revised March31, 2014 *available at* https://cdn-www.volusion.com/legal (e.g. "This agreement sets forth the terms and conditions that govern your use of this website and the products and services (collectively, the 'Services')"; "In consideration of the Services, Customer will pay to Volusion all fees due according to the prices and terms listed on the website"; "If Volusion exercises this right [to refuse to provide the Services], Volusion will not charge you for the Services and/or refund you for the amounts paid for the Services."). |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| determining which remote data terminals are authorized to transmit subject oriented textual and image data, and storing information relating thereto; | (4:47 – 50) ".. the communications server 20 preferably first authenticates the user by way of known security measures included in typical multiple-access computer systems …" <br><br> (2:14 – 19) "All records and communications are protected by security measures such as log-on verification, 'Caller ID', or data encryption (whether hardware-based or software-based), so as to restrict access or modification of records to the "owners" of the individual records." | Each data terminal is authorized via at least a user name and password. | See Volusion Log-In page: https://www.volusion.com/free-trial <br><br> https://store.volusion.com/Login.asp?Return_Token=Y&RedirectTo=http%3a%2f%2fmy.volusion.com%2fdefault.aspx |
| receiving textual and image data from an authorized remote data terminal; | (2:3 – 7) "In one aspect, batch uploading is used. The remote computer may maintain its own local database, however, so that images and text may be uploaded to the central computer on a selective basis, and added to the central relational database …" | The textual and image data is received from an authorized remote data terminal in order for the item to be listed and accessible online (see discussion above re: authorizing remote terminal). | See Admin Product page, which allows users to transmit text and image data via a remote terminal http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?Table=Products_Joined&ID=&SafeMode=ADD |
| creating a first set of unique records identifying the textual information associated with [e]ach subject received from each remote data terminal; | (3:55 – 64) "FIG. 1 shows the organizational structure of a typical remotely located client forming part of a client/server architecture according to the invention. A personal computer or 'client PC' 2 may maintain, on its disk storage facilities, a local database 4 of items or individuals to be listed within the system. As these items, products, or people are identified, the characteristics of each are entered into the local database 4, using conventional user interfaces such as the keyboard and "mouse" (not shown) provided with the personal computer. " | The system creates a first set of unique records identifying the textual information associated with each subject received from each remote data terminal (e.g. the URL associated with the textual information, as well as identifying information on the system database from which the text is retrieved to be presented on the product listing as well as the admin page). | See http://www.deciron.com/product-p/jb03-true.htm <br><br> http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?Table=Products_Joined&ID=222&SafeMode=#Options <br><br> http://v2234058.gjykjv7d5qeq.demo46.volusion.com/net/Products.aspx?SessionID=31 |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| creating a second set of unique records identifying the image data associated with each subject received from each remote data terminal; | *(3:65 – 5:8)* "Images files related to these items are then associated with the database record, using the photographic image scanner 6 or a digital still-video camera 8. Other possible image sources could include analog still or motion video sources 10, providing signals to be digitized by a digitizer-plug-in-board (not shown) installed within the PC, or digitized video signal materials provided from other sources. After the images have been input to the client PC, they are preferably data-compressed for storage on the internal hard-disk provisions included with the PC, a process discussed in further detail below." | The system creates a second set of unique records identifying the image data associated with each subject received from each remote data terminal (e.g. the URL associated with the image, as well as the identifying information on the system database which is used to retrieve the image to be presented on the product listing as well as the admin pages). | See http://www.deciron.com/product-p/jb03-true.htm<br><br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2.jpg<br><br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2T.jpg<br><br>http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?Table=Products_Joined&ID=222&SafeMode=#Options<br><br>http://v2234058.gjykjv7d5qeq.demo46.volusion.com/net/Products.aspx?SessionID=31 |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| storing the image data separately from the textual information in a data-compressed second image format; | *(Abstract: 6 – 11)* "Textual information and image data from one or more of the remote sites are stored separately at the location of the central server, with the image data being in a compressed form, and with the textual information being included in a relational database with identifiers associated with any related image data." <br><br> *(5:4 - 9)* "Also connected to this network bus is the database file server 30, which performs the database search and storage processes. The database file server is equipped with a Redundant Array of Inexpensive Disks (RAID)-based mass-storage system 32, which holds all the data records in the central relational database 38." <br><br> *(5:17 - 21)* "Images associated with the relational database 38 are stored on an image file server 40, also connected to the network bus 50. This file server is equipped with a RAID-based mass-storage system 42, which holds all the image records in the image database 48." | The image data is submitted separately, and is stored separately in a more highly compressed image format. (e.g. "All images are processed on upload, this may alter file size and other image properties."; and "Since the <u>images will be automatically resized</u> when you upload them to your site..." ). | Quote found at: http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?table=Products_Joined&Page=1&ID=222 <br><br> https://support.volusion.com/hc/en-us/articles/210109167ProductImages <br><br> Where image is stored at: http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2.jpg <br><br> http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2T.jpg <br><br> And textual data is stored at http://www.deciron.com/product-p/jb03-true.htm |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| storing the textual information separately from the image data in relational form, along with information identifying the location of the separately stored image data corresponding thereto; | *(Abstract: 6 – 11)* "Textual information and image data from one or more of the remote sites are stored separately at the location of the central server, with the image data being in a compressed form, and with the textual information being included in a relational database with identifiers associated with any related image data." <br><br> *(5:4 - 9)* "Also connected to this network bus is the database file server 30, which performs the database search and storage processes. The database file server is equipped with a Redundant Array of Inexpensive Disks (RAID)-based mass-storage system 32, which holds all the data records in the central relational database 38." <br><br> *(2:62 – 63)* "Fig. 1 is a block diagram depicting hardware components associated with the invention." (Note "Database File Server" 30, "Relational Database" 38, "Image File Server" 40, and "Image Database 48") | The system stores the textual information separately from the image data (see e.g. comments), along with information identifying the location of the separately store image data corresponding thereto (e.g. the hyperlink identifies the location of the image). | view-source: http://www.deciron.com/product-p/jb03-true.htm <br><br> Where image is stored at: http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2.jpg <br><br> http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2T.jpg <br><br> And textual data is stored at http://www.deciron.com/product-p/jb03-true.htm |
| receiving subject-related requests relating to the transaction from at least one of the remote data terminals; | *(Abstract: 14 – 17)* "Requests are entered from remote terminals specifying particular subject matter, and the system is capable of responding to multiple simultaneously requests." | When on-line buyers initiate a search for items, or access the online store, the <u>company receives requests from the buyers' remote terminals</u>, such requests to view the products for sale, adding the products to cart, and purchasing products. | See http://www.deciron.com/product-p/jb03-true.htm <br><br> And <br><br> http://www.deciron.com/Iron-Balconies-s/1817.htm |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| locating textual information corresponding to the subject-related requests relating to the transaction when requested; | *(5:56 – 67)* "In a typical search, the client will request items meeting specific criteria, which are then identified by the database file server 30. Based on the sorted list of items provided by the database file server, the client then may request selected images to be downloaded from the image file server <u>or descriptive information to be downloaded from the relational database or both</u>.<br><br>If the [f]ist has a small number of items, the user may choose to view all of them in some sequential manner, but if the number of items is large, the user will instead be prompted to select the item records to be retrieved, or to refine the search criteria further so as to be more selective." | When access to a product listing page is requested, the system locates the textual information (e.g. the product's description). | See http://www.deciron.com/product-p/jb03-true.htm<br><br>And<br><br>http://www.deciron.com/Iron-Balconies-s/1817.htm |
| transmitting the located textual information to the requesting remote data terminal; and | *(Abstract: 17 – 19)* "Textual information is recalled and downloaded for review along with any subsequently requested image data to be displayed at a remote site."<br><br>*(5:56 – 67)* "In a typical search, the client will request items meeting specific criteria, which are then identified by the database file server 30. Based on the sorted list of items provided by the database file server, the client then may request selected images to be downloaded from the image file server <u>or descriptive information to be downloaded from the relational database or both</u>.<br><br>If the [f]ist has a small number of items, the user may choose to view all of them in some sequential manner, but if the number of items is large, the user will instead be prompted to select the item records to be retrieved, or to refine the search criteria further so as to be more selective." | The system then transmits the located textual information (e.g. product name and description) to the requesting remote data terminal (e.g. the product listing including textual information is displayed on remote data terminal). | See http://www.deciron.com/product-p/jb03-true.htm<br><br>And<br><br>http://www.deciron.com/Iron-Balconies-s/1817.htm |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| locating subject-related image data in response to the request when requested; | *(Abstract: 17 – 19)* "Textual information is recalled and downloaded for review along with any subsequently requested image data to be displayed at a remote site." | When access to a product listing page is requested, the system locates the subject related image data in the product listing (e.g. product image). | Where image is stored at: http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2.jpg http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2T.jpg<br><br>Where image is presented http://www.deciron.com/product-p/jb03-true.htm And http://www.deciron.com/Iron-Balconies-s/1817.htm<br><br>The image is also presented in the admin page. See http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?Table=Products_Joined&ID=222&SafeMode=#VendorRules http://v2234058.gjykjv7d5qeq.demo46.volusion.com/admin/AdminDetails_Generic.asp?table=Products_Joined&Page=1&ID=222 http://v2234058.gjykjv7d5qeq.demo46.volusion.com/net/Products.aspx?SessionID=31 |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| transmitting the related image data in a second data-compressed format; | *(5:45 – 49)* "All data files and images files are held in the active (RAM) memory, or off-loaded to the local hard-drive, of the client PC, so that they may be reviewed and compared by the operator as desired, without further communication activities." | The system then transmits the <u>related image data, (in the second-compressed format), which</u> takes place when the buyer/site administrator views the product image, either via an admin page, or a product listing page. Further, the image is transmitted in three data compressed formats (normal, zoom, and thumbnail sizes).<br><br>"The Image Zoom feature automatically shows a high resolution version of the product image when the cursor is moved over the product image. It is enabled by default." | E.g.<br>Compare<br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2.jpg<br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2T.jpg<br>http://www.deciron.com/product-p/jb03-true.htm<br>And<br>http://www.deciron.com/Iron-Balconies-s/1817.htm<br><br>Quote taken from:<br>https://support.volusion.com/hc/en-us/articles/209388808-Product-Image-Zoom-Feature |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| e. de-compressing the images in the second data compressed format at the requesting remote data terminal; and | *(1:59 – 64)* "The present invention provides a method of storing and retrieving information relating to unique products, services and/or individuals. The invention utilizes a client/server architecture applied to a central relational database, using advanced image data compression to provide realistic image rendition and rapid communication response time." | Any modern computer will <u>automatically decompress the image for viewing.</u> Further, a high resolution image is shown "automatically when the cursor at the requesting remote data terminal is moved over the product image." | https://en.wikipedia.org/wiki/JPEG<br><br>https://support.volusion.com/hc/en-us/articles/209388808-Product-Image-Zoom-Feature<br><br>E.g.<br>Compare<br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2.jpg<br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2T.jpg<br>http://www.deciron.com/product-p/jb03-true.htm<br>And<br>http://www.deciron.com/Iron-Balconies-s/1817.htm<br><br>Quote taken from:<br>https://support.volusion.com/hc/en-us/articles/209388808-Product-Image-Zoom-Feature |

| Claim No. 1 | VOIT USP 6,226,412 | Product Disclosure | Comments |
|---|---|---|---|
| f. displaying the de-compressed images along with textual information at the requesting remote data terminal. | (8:14 – 22) "A separate area 106 may be utilized to show item identification information, such as manufacturer name, manufacturer logo, regional location, or additional image information. Area 104 is designated for text information to describe the product. Associated text and image information is sequentially displayed … in which an image may correspond to any number of text files, or a text file may correspond to any number of images." | The decompressed images along with the textual information is shown at the requesting remote data terminals, whether it be an admin or buyer data terminal.<br><br>"The Image Zoom feature automatically shows a high resolution version of the product image when the cursor is moved over the product image. It is enabled by default"<br><br>"Since your customers can't see your merchandise in person, having great product photos is the next best thing. Product images can be shown on the category page(s) to which it's assigned, the cart, and on your homepage as a new or featured product." | https://support.volusion.com/hc/en-us/articles/209388808-Product-Image-Zoom-Feature<br><br>https://support.volusion.com/hc/en-us/articles/210109167-Product-Images<br><br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2.jpg<br>http://www.deciron.com//v/vspfiles/photos/JB03-TRUE-2T.jpg<br>http://www.deciron.com/product-p/jb03-true.htm<br>And<br>http://www.deciron.com/Iron-Balconies-s/1817.htm |

| Claim No. 19 | VOIT USP 6,226,412 | Product Disclosure | Search Comments |
|---|---|---|---|
| 19. The method of claim 1, wherein the second image format is identical to the third image format. | *(7:23 – 26)* "In another aspect, some combination of formats may have the same encryption which would no longer necessitate some or all of the differing decryptions and conversions as previously described." | Just a variant of this claim element; <u>where no second compression is needed</u>, e.g. when DINC provides a highly compressed image at submission.<br><br>"You want your image size to be as close as possible to the storefront image size before you upload it. The homepage area of most store templates is a maximum of 900 pixels wide, so an image width of 900 pixels is a good target for resizing images that will appear on your homepage. If your store uses the right-side homepage sections (Super Deals, New Products, and Top Sellers), 600 pixels is a better size. For tips on sizing images that will appear on product pages, see below.<br>There are two ways to resize your images:<br>Cropping: You can crop the image to focus on the product and exclude any unnecessary background. Most image editing software allows you to crop photos by selecting the part of the image you want to use, then trimming the excess.<br>Resizing: If you resize an image to a smaller size, make sure you maintain the aspect ratio (keep the same proportions) of the image so it doesn't become stretched and distorted. | https://support.volusion.com/hc/en-us/articles/210109167-Product-Images#zoom |

| Claim No. 19 | VOIT USP 6,226,412 | Product Disclosure | Search Comments |
|---|---|---|---|
| | | For best results, you might try a combination of these two methods. For example, if you're using photos from your iPhone:<br><br>Original iPhone image (1936 x 2592px) = 2,330 Kb<br>Cropped (1136 x 1339) = 956 KB<br>Resized to 800px wide (800 x 943px) = 546 Kb | |

Additional claims that are infringed:

3. The method of claim 1, further including the step of providing a remote communications access interface on a server computer separate from the computer storing the textural information database.
    Explanation: The remote communications access interface, e.g. the user admin section, is provided; further the source code on the DINC hosted page interfaces remotely with a separate server.

4. The method of claim 1, wherein the step of entering the information includes receiving the information in digital form.
    Explanation: the images are received in digital form; further, the text entered is digital.

5. The method of claim 1, wherein the step of entering the information includes receiving the information in digital form and converting the information to digital form.
    Explanation: the images are entered in digital form and are converted ("resized") into a second digital form.

6. The method of claim 1, wherein the step of entering the information includes receiving the information in photographic form.
    Explanation: the images are photographs of physical objects (i.e. pharmaceutical containers).

8. The method of claim 1, further including the step of receiving the image data in encrypted form.
    Explanation: Volusion.com and DINC's website operate as HTTPS domains, meaning that all information transmitted between client and server devices is encrypted. https://my.volusion.com/MyAccount.aspx See also https://www.instantssl.com/ssl-certificate-products/https.html "Hyper Text Transfer Protocol Secure (HTTPS) is the secure version of HTTP, the protocol over which data is sent between your browser and the website that you are connected to. The 'S' at the end of HTTPS stands for 'Secure'. It means all communications between your browser and the website are encrypted.

HTTPS is often used to protect highly confidential online transactions like online banking and online shopping order forms." Further, DINC has been validated to have a secure SSL certificate which provides industry standard data encryption of information transferred from your computer to the websites.

9. The method of claim 1, including the step of transmitting the related image data in encrypted form.
   See explanation above re: HTTPS

10. The method of claim 1, wherein the step of converting the data compressed image data from the first image format into the second image format is performed at the time the data-compressed image data is received at the central computer.
    Explanation: "Since the <u>images will be automatically resized</u> when you upload them to your site..." *see above.*

12. The method of claim 1, wherein the step of receiving subject-related requests from the at least one remote data terminal includes the step of receiving such a request from a public telephone having a video display means.
    Explanation: The DINC website and Volusion system are accessible via smartphones.

13. The method of claim 1, further including the step of automatically transferring subject-related textual information and image data to the at least one of the remote data terminals prior to the step of receiving input from the data terminal receiving such information automatically.
    Explanation: This limitation could be infringed by the infringer sending e-mail updates containing the product images and textual information, and DINC allows customers to sign up for newsletters with special offers. "If the customer has accepted the store's invitation or requested to receive email updates from the store, or a visitor to the store front signed up for a store's newsletter through the mailing list form, this field will be checked. With this option enabled, the customer account can received email newsletters[.]" https://support.volusion.com/hc/en-us/articles/208367228-Customer-Settings

17. The method of claim 1, further including the step of inputting a user identification code at a remote terminal prior to entering the information, to gain access to the central computer.
    Explanation: users must log in before being allowed access to the system. https://www.volusion.com/free-trial

18. The method of claim 1, further including the step of inputting remote terminal identification information from a user security key at a remote terminal prior to entering the information, to gain access to the central computer.
    Explanation: users must log in before being allowed access to the system. https://www.volusion.com/free-trial. Further, HTTPS encryption requires the exchange of decryption keys (see discussion above re: HTTPS).

20. The method of claim 1, wherein the step of entering information is performed with a first screen display of the requesting remote data terminal.
    Explanation: Information is entered with a screen display of the remote data terminal: https://support.volusion.com/hc/en-us/articles/209398298-Products

21. The method of claim 1, wherein the step of displaying the de-compressed images along with textual information at the requesting remote data terminal is performed with the first screen display of the requesting remote data terminal.
    Explanation: Information is viewed with a screen display of the remote data terminal. *See* https://support.volusion.com/hc/en-us/articles/209398298-Products and DINC's product pages.

22. The method of claim 1 which further comprises the step of: generating computer graphics at the remote data terminal.
    Explanation: images are viewed at the remote data terminal, which generates computer graphics based on code (i.e. JPEG showing in browser): *See* DINC's product pages.

23. The method of claim 22 wherein: the remote data terminal is a telephone.
    Explanation: although a smartphone may not be considered a telephone, this limitation could still be infringed by a smartphone accessing the DINC website and/or the Volusion system either through the phone's web browser or the Volusion app. See https://support.volusion.com/hc/en-us/articles/209263788-The-Volusion-App and https://play.google.com/store/apps/details?id=com.volusion.merchant&hl=en and https://itunes.apple.com/us/app/volusion/id703097362?mt=8