**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL ACTION NO.: _____**

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>)<br>DECORATIVE IRON OF N.C., INC., )<br>)<br>Defendant. )<br>_____) | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE THAT the undersigned, Frank W. Leak, Jr., is admitted or otherwise authorized to practice in this Court and hereby gives notice of appearance on behalf of Plaintiff, VOIT Technologies, LLC and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below.

This the 26th day of May, 2017.

                                                        Respectfully submitted,

                                                        */s/ Frank W. Leak, Jr.*
                                                        Frank W. Leak, Jr., Esq.
                                                        N.C. Bar No. 27937
                                                        LEAK & JAMISON, PLLC
                                                        P.O. Box 21026
                                                        Winston-Salem, NC 27120
                                                        Tel: (336) 245-1655
                                                        Fax: (336) 245-1655
                                                        frank.leak@thirtysixthirtylaw.com
                                                        *Local Counsel for Plaintiff*