**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL ACTION NO.: _____**

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DECORATIVE IRON OF | ) |
| NORTH CAROLINA, INC., | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff, VOIT Technologies, LLC, makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

   **No.**

2. Does party have any parent corporations?

   **No.**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   **No.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   **No.**

Dated: May 26, 2017.

Respectfully submitted,

*/s/ Frank W. Leak, Jr.*
Frank W. Leak, Jr. Esq.
LEAK & JAMISON, PLLC
P.O. Box 21026
Winston-Salem, NC 27120
Tel: (336) 245-1655
Fax: (336) 245-1655
frank.leak@thirtysixthirtylaw.com
North Carolina Bar No. 27937
*Local Counsel for Plaintiff*

And

David F. Tamaroff, Esq.
LIPSCOMB & PARTNERS, PLLC
25 SE 2nd Avenue, 8th Floor
Miami, Florida 33131
Tel: (786) 431-2326
Fax: (786) 431-2229
dt@lipscombpartners.com
Florida Bar No. 92084
*Attorneys for Plaintiff*