# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00286-FDW-DSC

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DECORATIVE IRON OF NORTH** | ) |
| **CAROLINA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Motion to Stay Initial Attorney's Conference [for Fourteen Days]" (document #12) filed September 14, 2017. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 15, 2017

David S. Cayer
United States Magistrate Judge